**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-50790

DWAINE GANYO,

Plaintiff-Appellant,

VERSUS

SEGUIN INDEPENDENT SCHOOL DISTRICT, JAMES LEHMAN, MILTON WITT,
TIMOTHY FOX, NANCY EWALD, BILL FENNELL, RAY SIMICEK, AND LIONEL
(SKIP) MENO, TEXAS COMMISSIONER OF EDUCATION,

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Texas

(SA-93-CV-203)

July 18, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Dwaine Ganyo appeals from the district court's granting of
summary judgment in favor of defendants-appellees. Ganyo contends
that the district court erred by rendering judgment that Ganyo's
rights under the First and Fourteenth Amendments had not been
violated; he was not terminated in retaliation for filing his
complaint with the TEA; he lacked standing to sue under the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Rehabilitation Act, 29 U.S.C. § 794; and committed other alleged errors.

We have reviewed the record, the district court's order granting summary judgment, the memorandum and recommendation of the magistrate judge, and Ganyo's arguments on appeal. We find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.